No. 350. GENERAL MOTORS CORP. *v.* SWAN CARBURETOR Co. November 8, 1937.

No. 351. GOODMAN *v.* ILLINOIS EX REL. CHICAGO BAR ASSOCIATION. November 8, 1937.

Nos. 353 and 354. RYAN ET AL. *v.* NEWFIELD. November 8, 1937.

No. 355. FLORIDA TEX OIL CO. ET AL. *v.* BALLENTINE. November 8, 1937.

No. 376. DALLAO *v.* LOUISIANA. November 8, 1937.

No. 377. UGARTE *v.* LOUISIANA. November 8, 1937.

No. 385. SPRUILL *v.* SERVEN. November 8, 1937.

No. 396. KELLOGG COMPANY *v.* NATIONAL BISCUIT Co. November 8, 1937.

No. 229. DUKE *v.* UNITED STATES. See *ante,* p. 650.

No. 202 (October Term, 1935). STONE ET AL. *v.* WHITE, FORMER COLLECTOR OF INTERNAL REVENUE. November 15, 1937. The motion for leave to file petition for rehearing is granted and the petition is denied. 301 U. S. 532.

No. 219. LIVERMORE *v.* BEAL ET AL. November 15, 1937.

No. 220. BOYD, ADMINISTRATRIX, *v.* ELLIOTT ET AL. November 15, 1937.